# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRADFORD HILL COURT TRUST,
                    Appellant,

vs.

BANK OF AMERICA, N.A.,
                    Respondent.

No. 76130

FILED

FEB 2 1 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Linda Marie Bell, Chief Judge
      Eleissa Lavelle, Settlement Judge
      Kerry P. Faughnan
      Akerman LLP/Las Vegas
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-08037